UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HIRAM WILSON #965365,

    Plaintiff,

v.

    Case No: 1:25-cv-181

    HON. ROBERT J. JONKER

BRICE SWANSON et al.,

    Defendants.

_____/

### ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 29, 2025 (ECF No. 36). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 36) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for summary judgment (ECF No. 21) filed by Defendants Swanson and Hudson is **GRANTED**, that unserved John Doe Defendants 1 and 2 are **DISMISSED**, and that Plaintiff's complaint is **DISMISSED** and this matter is **TERMINATED**.

Dated:  November 25, 2025        /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE